SK1

# MEMORANDUM

**TO:** Honorable Alice M. Batchelder
Sixth Circuit Court of Appeals
Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, Ohio 45202

SEP 19 2006 FILED

**FROM:** U.S. District Judge Curtis L. Collier

**SUBJECT:** Advance Authorization for Investigative, Expert or Other Services

It is requested that authorization be granted to obtain services in an amount in excess of the maximum allowed under the provisions of subsection (e)(3) of the Criminal Justice Act, 18 U.S.C. § 3006A, as follows:

**Case Name & Designation:** USA vs. Stanley Dillard - Case No. 1:05-cr-75

**Name of Expert or Investigator:** Trey Aycock, private investigator.

**Address:** 1010 Market Street, Suite 204, Chattanooga, Tennessee 37402.

**Type of Expert:** Investigative Services to locate and interview an additional witness whose testimony may be significant and to re-interview potential witnesses based on information Attorney Cory has obtained since the initial interviews. The witnesses reside in outlying areas of this district, namely Pikeville, Tennessee, Dayton, Tennessee, and also locally in Chattanooga, Tennessee.

**Reason for Application:** On April 21, 2006, the Court approved expenses up to $1,600 under 18 U.S.C. § 3006 (A)(e)(3) [Doc. No. 35]. The reason for the application is set out in the attached Motion for Authorization of Investigative Services in Excess of One Thousand Six Hundred Dollars stating that further investigative services will require an additional cost of $1,600.00 for a total approved amount of $3,200.00.

**Estimated Compensation.** $3,200.00

I certify that the estimated compensation in excess of the maximum set forth in subsection (e)(3) of the Criminal Justice Act appears necessary to provide fair compensation for services of an unusual character or duration and therefore recommend approval of this authorization in the amount of an additional $1,600.00.

_____    _____
**U.S. District Judge Curtis L. Collier**        Date

_____    9-8-06
**Honorable Alice M. Batchelder**            Date
**U.S. Court of Appeals**